**CORPORATE CREATIONS**®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Harbor Freight Tools USA, Inc.                              September 19, 2025
Tammy Stafford Associate General Counsel
Harbor Freight Tools USA Inc
26677 Agoura Road
Calabasas CA 91302

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).   **ALL information should be verified by you.**

| | Item: 2025-852 |
|---|---|

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | **Entity Served:** | Harbor Freight Tools USA, Inc. |
|---|---|---|
| 2. | **Title of Action:** | RE: Xavier Thompson |
| 3. | **Document(s) Served:** | Summons<br>Letter<br>Proof of Service of Summons & Complaint/Petition<br>Additional Defendant/Respondent Address & Servicr Information |
| 4. | **Court/Agency:** | Illinois Circuit Court |
| 5. | **State Served:** | Illinois |
| 6. | **Case Number:** | 2025LA000891 |
| 7. | **Case Type:** | Negligence/Injuries |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Thursday 09/18/2025 |
| 10. | **Date to Client:** | Friday 09/19/2025 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Saturday 10/18/2025 | <span style="color:red">CAUTION:</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Conquer Law LLC<br>St. Louis, MO<br>314-270-4333 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 141 |
| 16. | **Notes:** | Also Attached:<br>* Complaint<br>* Attorney's Affidavit Pursuant to 735 ILCS 5/2-604.1 |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

* 5 0 5 3 1 3 6 3 *

# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

Check if this is not the 1st Summons issued for this Defendant/Respondent.

**COUNTY:** St. Clair

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:**  Xavier Thompson

*Who started the case.*          *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:**  Harbor Freight Tools USA, Inc.

*Who the case was filed against.*  Ferrellgas Partners, L.P.

Circle K Holdings, Inc., Mac's

*First, Middle, and Last Name, or Business Name*

2025LA000891

**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.

Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: St. Clair County Courthouse, 10 Public Square, Belleville, Illinois 62220

*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*          *Time*                          *Courtroom Number*

*Case Number* 2025LA0008913  1  3  6  3  *

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
                       *Courtroom Address*             *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                         *Video Conference Website*

        Log-in information: _____
                 *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
                   *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____ or Website: _____
     *Circuit Clerk's Phone Number*           *Website URL*

_____     _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 50,000.00 (In Excess)
                                             *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

    ☐ Yes   ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

    ☐ I am having 1 Defendant/Respondent served and their information is on this form below.

    ☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: 3_____.
                                               *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Harbor Freight Tools USA, Inc._____
       *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Corporate Creations Network, Inc._____
   *First, Middle, and Last Name*

Street Address: 1320 Tower Road_____
        *Street, Apt #*

City, State, ZIP: Schaumburg_____ Illinois_____ 60173
         *City*         *State*     *Zip*

Telephone: _____ Email: _____

Case Number 2025LA000891  1  3  6  3  *

c.  **Second address** for this Defendant/Respondent:
☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
_____ Street, Apt #

City, State, ZIP: _____
_____ City _____ State _____ Zip

Telephone: _____  Email: _____

d.  Person who will serve your documents on this Defendant/Respondent:
☑ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
_____ County & State

---

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name Thomas E. Fagan, Attorney for Plaintiff _____
_____ First, Middle and Last Name

Registered Agent's name, if any _____
_____ First, Middle and Last Name

Street Address 9109 Watson Road, Suite 310 _____
_____ Street, Apt #

City, State, ZIP: Saint Louis _____ Missouri _____ 63126
_____ City _____ State _____ Zip

Telephone: (314) 270-4333 _____  Email: thomasfagan288@gmail.com _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP**  The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____ 9/12/2025
Angela Gladney

Clerk of the Court: _____

Seal of Court

**KINNIS WILLIAMS, SR. Circuit Clerk**

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

● If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.

● If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless **3b** is checked yes.

  ▪ If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.

● Fill in the date above and give this copy of the *Summons* to the person served.

● You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

---

ATJ 1503.8                    Page 3 of 6                    (08/25)



Case Number 2025LA0000891 3  1  3  6  3  *

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions:
ilcourts.info/how-to-summons.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**

- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons*)*:**

- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**

- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**

- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

*Case Number* 2025LA000891   1   3   6   3   *

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** St. Clair

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Xavier Thompson
*Who started the case.*   *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Harbor Freight Tools USA, Inc.
*Who the case was filed against.*   Ferrellgas Partners, L.P.
Circle K Holdings, Inc., Mac's

*First, Middle, and Last Name, or Business Name*

2025LA000891
**Case Number**

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

**- or -**

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____.

Case Number 2025LA0000891    1   3   6   3    *

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____   Print Your Name _____

You are: ☐ Sheriff in Illinois                          ☐ Special process server
☐ Sheriff outside Illinois: _____          ☐ Licensed private detective, license number: _____
                        *County and State*                                                              *License number*

**FEES:**

Service and Return: $_____   Miles: $_____   Total: $_____

`* 5 0 5 3 1 3 6 3 *`



# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** St. Clair

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Xavier Thompson

*Who started the case.*    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Harbor Freight Tools USA, Inc.,Ferrellgas

*Who the case was filed against.*    Partners, L.P., Circle K Holdings, Inc.,

Mac's Convenience Stores, LLC, J. Does

*First, Middle, and Last Name or Business Name*

2025LA000891

**Case Number**

---

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.



## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A.  Defendant/Respondent's **primary address/information** for service:

Name: Ferrellgas Partners, L.P. d/b/a Blue Rhino

*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Corporation Trust Company

*First, Middle, and Last Name*

Street Address Corporation Trust Center, 1209 Orange Street

*Street, Apt #*

City, State, ZIP: Wilmington            Delaware       19801

*City*                                *State*         *Zip*

Telephone: _____ Email: _____

B.  **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address_____

*Street, Apt #*

City, State, ZIP: _____

*City*                                *State*         *Zip*

Telephone: _____ Email: _____

C.  Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective

☑ Sheriff outside Illinois: New Castle County, Delaware

*County & State*

---

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

SU-AD 1506.2                    Page 1 of 1                    (11/24)

*5 0 5 3 1 3 6 3*



# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** St. Clair

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Xavier Thompson

*Who started the case.*     *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Harbor Freight Tools USA, Inc.,Ferrellgas
*Who the case was filed against.* Partners, L.P., Circle K Holdings, Inc.,

Mac's Convenience Stores, LLC, J. Does

*First, Middle, and Last Name or Business Name*

2025LA000891

**Case Number**

---

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.

---



## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A.  Defendant/Respondent's **primary address/information** for service:

Name: Circle K Holdings, Inc.

*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Corporation Trust Company

*First, Middle, and Last Name*

Street Address Corporation Trust Center, 1209 Orange Street

*Street, Apt #*

City, State, ZIP: Wilmington                Delaware            19801

*City*                                       *State*              *Zip*

Telephone: _____  Email: _____

B.  **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address_____

*Street, Apt #*

City, State, ZIP: _____

*City*                                       *State*              *Zip*

Telephone: _____  Email: _____

C.  Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective

☑ Sheriff outside Illinois: New Castle County, Delaware

*County & State*

---

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

SU-AD 1506.2                    Page 1 of 1                    (11/24)

* 5 0 5 3 1 3 6 3 *

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** St. Clair
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Xavier Thompson
*Who started the case.*     *First, Middle, and Last Name or Business Name*

2025LA000891
**Case Number**

**DEFENDANTS/RESPONDENTS:** Harbor Freight Tools USA, Inc.,Ferrellgas
*Who the case was filed against.*

Partners, L.P., Circle K Holdings, Inc.,

Mac's Convenience Stores, LLC, J. Does
*First, Middle, and Last Name or Business Name*

> Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.



## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A.  Defendant/Respondent's **primary address/information** for service:

Name: Mac's Convenience Stores, LLC
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Illinois Corporation Service Company
*First, Middle, and Last Name*

Street Address 801 Adlai Stevenson Drive
*Street, Apt #*

City, State, ZIP: Springfield        Illinois        62703-4261
*City*        *State*        *Zip*

Telephone: _____    Email: _____

B.  **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address_____
*Street, Apt #*

City, State, ZIP: _____
*City*        *State*        *Zip*

Telephone: _____    Email: _____

C.  Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at *ilcourts.info/forms*.

SU-AD 1506.2        Page 1 of 1        (11/24)

*  5  0  5  3  1  3  6  3  *

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
   *Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** St. Clair

*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:**  Xavier Thompson
*Who started the case.*                 *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:**  Harbor Freight Tools USA, Inc.
*Who the case was filed against.*

Ferrellgas Partners, L.P.

Circle K Holdings, Inc., Mac's

*First, Middle, and Last Name, or Business Name*

2025LA000891

**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.

Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: St. Clair County Courthouse, 10 Public Square, Belleville, Illinois 62220
                           *Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
    *Month, Day, Year*                    *Time*                                         *Courtroom Number*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at *ilcourts.info/forms*.
ATJ 1503.8                                    Page 1 of 6                                    (08/25)

Case Number 2025LA000891 1 3 6 3 *

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
Courtroom Address                                    Courtroom Number

☐ **Remotely** (video or telephone)

**By video conference** at: _____
Video Conference Website

Log-in information: _____
Video Conference Log-in Information, Meeting ID, Password, etc.

**By telephone** at: _____
Call-in Number for Telephone Remote Appearance

To find out more about remote court options:

Phone: _____  or  Website: _____
Circuit Clerk's Phone Number                           Website URL

_____                    _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 50,000.00 (In Excess)

(Enter 0 if you are not asking for money)

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes    ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☐ I am having 1 Defendant/Respondent served and their information is on this form below.

☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: 3_____.
Number

b. First Defendant/Respondent's **primary address/information** for service:

Name: Harbor Freight Tools USA, Inc. _____
First, Middle, and Last Name, or Business Name

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Corporate Creations Network, Inc. _____
First, Middle, and Last Name

Street Address: 1320 Tower Road _____
Street, Apt #

City, State, ZIP: Schaumburg _____  Illinois    60173
City                                              State       Zip

Telephone: _____  Email: _____

Case Number 2025LA0008913 1 3 6 3 *

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
                        *Street, Apt #*

City, State, ZIP: _____
                        *City*                              *State*        *Zip*

Telephone: _____  Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
                                    *County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name Thomas E. Fagan, Attorney for Plaintiff _____
        *First, Middle and Last Name*

Registered Agent's name, if any _____
                                    *First, Middle and Last Name*

Street Address 9109 Watson Road, Suite 310 _____
                *Street, Apt #*

City, State, ZIP: Saint Louis _____ Missouri _____ 63126 ___
                        *City*                              *State*        *Zip*

Telephone: (314) 270-4333 _____  Email: thomasfagan288@gmail.com ___

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

🛑 **STOP** | The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

                                9/12/2025
Witness this Date: _____ Angela Gladney _____

Clerk of the Court: _____

Seal of Court

KINNIS WILLIAMS, SR. Circuit Clerk

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

- If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

---



Case Number 2025LA0008913  1  3  6  3  *

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



> Learn more about each step in the process and how to file in the instructions:
> ilcourts.info/how-to-summons.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons)**:
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

*Case Number* 2025LA000891 3    1    3    6    3    *



# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

Check if this is not the 1st *Summons issued for this Defendant/Respondent.*

**COUNTY:** St. Clair

*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Xavier Thompson

*Who started the case.*  *First, Middle, and Last Name, or Business Name*

2025LA000891

**Case Number**

**DEFENDANTS/RESPONDENTS:** Harbor Freight Tools USA, Inc.

*Who the case was filed against.*  Ferrellgas Partners, L.P.

Circle K Holdings, Inc., Mac's

*First, Middle, and Last Name, or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

**- or -**

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____.

Case Number 2025LA000891  1  3  6  3  *

☐ On the **Business's agent:** _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____    Print Your Name _____

You are: ☐ Sheriff in Illinois                    ☐ Special process server
      ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
                    *County and State*                                      *License number*

**FEES:**

Service and Return: $_____    Miles: $_____    Total: $_____

\* 5 0 5 3 1 3 6 3 \*

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** St. Clair
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Xavier Thompson
*Who started the case.*     *First, Middle, and Last Name or Business Name*

2025LA000891
**Case Number**

**DEFENDANTS/RESPONDENTS:** Harbor Freight Tools USA, Inc.,Ferrellgas
*Who the case was filed against.*

Partners, L.P., Circle K Holdings, Inc.,

Mac's Convenience Stores, LLC, J. Does
*First, Middle, and Last Name or Business Name*

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons.*



## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the Summons.*

A.  Defendant/Respondent's **primary address/information** for service:

Name: Ferrellgas Partners, L.P. d/b/a Blue Rhino
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Corporation Trust Company
*First, Middle, and Last Name*

Street Address Corporation Trust Center, 1209 Orange Street
*Street, Apt #*

City, State, ZIP: Wilmington          Delaware          19801
*City*                    *State*          *Zip*

Telephone: _____ Email: _____

B.  **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address_____
*Street, Apt #*

City, State, ZIP: _____
*City*                    *State*          *Zip*

Telephone: _____ Email: _____

C.  Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective
☑ Sheriff outside Illinois: New Castle County, Delaware
*County & State*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at *ilcourts.info/forms*.
SU-AD 1506.2          Page 1 of 1          (11/24)

\* 5 0 5 3 1 3 6 3 \*



# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** St. Clair
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Xavier Thompson
*Who started the case.*            *First, Middle, and Last Name or Business Name*

2025LA000891
**Case Number**

**DEFENDANTS/RESPONDENTS:** Harbor Freight Tools USA, Inc.,Ferrellgas
*Who the case was filed against.*  Partners, L.P., Circle K Holdings, Inc.,

Mac's Convenience Stores, LLC, J. Does
*First, Middle, and Last Name or Business Name*

> Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.



## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the Summons.*

A.  Defendant/Respondent's **primary address/information** for service:

Name: Circle K Holdings, Inc.
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Corporation Trust Company
*First, Middle, and Last Name*

Street Address Corporation Trust Center, 1209 Orange Street
*Street, Apt #*

City, State, ZIP: Wilmington          Delaware          19801
*City*                 *State*            *Zip*

Telephone: _____  Email: _____

B.  **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address_____
*Street, Apt #*

City, State, ZIP: _____
*City*                 *State*            *Zip*

Telephone: _____  Email: _____

C.  Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☐ Special process server  ☐ Licensed private detective
☑ Sheriff outside Illinois: New Castle County, Delaware
*County & State*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

SU-AD 1506.2                  Page 1 of 1                  (11/24)

* 5 0 5 3 1 3 6 3 *



# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** St. Clair

*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Xavier Thompson

*Who started the case.*                    *First, Middle, and Last Name or Business Name*

2025LA000891

**Case Number**

**DEFENDANTS/RESPONDENTS:** Harbor Freight Tools USA, Inc.,Ferrellgas

*Who the case was filed against.*   Partners, L.P., Circle K Holdings, Inc.,

Mac's Convenience Stores, LLC, J. Does

*First, Middle, and Last Name or Business Name*

> Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.



## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A.  Defendant/Respondent's **primary address/information** for service:

Name: Mac's Convenience Stores, LLC

*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Illinois Corporation Service Company

*First, Middle, and Last Name*

Street Address 801 Adlai Stevenson Drive

*Street, Apt #*

City, State, ZIP: Springfield                Illinois             62703-4261

*City*                        *State*              *Zip*

Telephone: _____     Email: _____

B.  **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address_____

*Street, Apt #*

City, State, ZIP: _____

*City*                        *State*              *Zip*

Telephone: _____     Email: _____

C.  Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois   ☐ Special process server   ☐ Licensed private detective
☐ Sheriff outside Illinois: _____

*County & State*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.

SU-AD 1506.2                    Page 1 of 1                    (11/24)

Kinnis Williams, Sr.
* 5 0 5 3 1 3 Circuit Clerk
Janice Mendiola
2025LA000891
St. Clair County
8/18/2025 10:50 AM
34050910

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

XAVIER THOMPSON,                              )
                                             )
        Plaintiff,                           )        Cause No. **2025LA000891**
                                             )
vs.                                          )
                                             )
HARBOR FREIGHT TOOLS USA, INC.,              )
a Delaware Corporation,                      )
Serve: Registered Agent                      )
Corporate Creations Network, Inc.            )
1320 Tower Road                              )
Schaumburg, IL   60173                       )
                                             )
And                                          )
                                             )
FERRELLGAS PARTNERS, L.P.,                   )
d/b/a BLUE RHINO,                            )
Serve: Registered Agent                      )
Corporation Trust Company                    )
Corporation Trust Center                     )
1209 Orange Street                           )
Wilmington, DE 19801                         )
                                             )
And                                          )
                                             )
CIRCLE K HOLDINGS, INC.,                     )
Serve: Registered Agent                      )
Corporation Trust Company                    )
Corporation Trust Center                     )
1209 Orange Street                           )
Wilmington, DE 19801                         )
                                             )
And                                          )
                                             )
MAC'S CONVENIENCE STORES, LLC.               )
Serve: Registered Agent                      )
Illinois Corporation Service Company         )
801 Adlai Stevenson Drive                    )
Springfield, IL 62703-4261                   )
                                             )
And                                          )
                                             )

JOHN DOE DEFENDANTS 1-5,                     )
                                             )
    Defendants.                              )

### COMPLAINT

COMES NOW, Plaintiff Xavier Thompson (hereinafter "Plaintiff"), by and through his

attorneys, Conquer Law LLC and Thomas E. Fagan, and for his Complaint against Defendants

Harbor Freight Tools USA, Inc. (hereinafter "Harbor Freight"), Ferrellgas Partners, L.P. d/b/a Blue

Rhino (hereinafter "Ferrellgas"), Circle K Holdings, Inc. (hereinafter "Circle K"), Mac's

Convenience Stores, LLC (hereinafter "Mac's"), and John Doe Defendants 1-5 (hereinafter "John

Does") states as follows:

### I. PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff Xavier Thompson is a resident of Kankakee County, Illinois.

2.      Defendant Harbor Freight Tools USA, Inc. is a Delaware corporation with its
        principal place of business located at 26541 Agoura Road, Calabasas, California
        91302, authorized to conduct business in Illinois. It designed, manufactured,
        distributed and/or sold the Greenwood Propane Torch Model 91037.

3.      Defendant Ferrellgas Partners, L.P., with its headquarters in Liberty, Missouri,
        doing business as Blue Rhino, manufactures, fills, and distributes propane tanks,
        including Blue Rhino-branded tanks.

4.      Defendant Circle K Holdings, Inc., owned by Alimentation Couch-Tard, Inc. based
        in Laval, Quebec, Canada, operates convenience stores in Illinois, including the
        store at 1090 Main Street NW, Bourbonnais, Illinois 60914, where it sold a Blue
        Rhino tank to Plaintiff.

* 5 0 5 3 1 3 6 3 *

5. Defendant Mac's Convenience Stores, LLC is the franchisee for the Circle K located at 1090 Main Street NW, Bourbonnais, Illinois 60914, where it sold a Blue Rhino tank to Plaintiff.

6. John Doe Defendants 1–5 are unknown individuals or entities who participated in the design, manufacture, distribution, or sale of the products described herein.

7. This Court has personal jurisdiction over the Defendants pursuant to 735ILCS5/2–209.

8. Venue is proper in St. Clair County because none of the Defendants are residents of Illinois.

## II. FACTUAL ALLEGATIONS

9. On or about August 21, 2023, Plaintiff was lawfully using a Greenwood propane torch, model 91037 (hereinafter referred to as the "Torch") with a Blue Rhino propane tank (hereinafter referred to as the "Tank") at his property in Kankakee County.

10. Plaintiff purchased the Torch from the Harbor Freight store located at 108 Village Square, Bradley, Illinois 60915.

11. Plaintiff purchased the Blue Rhino propane tank from the Circle K store located at 1090 Main Street NW, Bourbonnais, Illinois 60914.

12. The Blue Rhino tank was manufactured and distributed by Ferrellgas Partners, L.P.

13. Both the Torch and the Tank were in substantially the same condition as when they left the control of their sellers/manufacturers.

14. The Torch and/or Tank were defective and unreasonably dangerous when sold.

15. Plaintiff used the Torch and the Tank in a reasonably foreseeable manner, and the Plaintiff had not altered or misused either product.

* 5 0 5 3 1 3 6 3 *

16. During such use, without warning, the Torch exploded, causing severe burns to Plaintiff's face, neck, bilateral hands and PTSD.

17. The explosion was due to a defect in the design, manufacturing or in the failure to provide adequate warnings or instructions for the Torch and/or the Tank.

18. As a direct and proximate result of the explosion, Plaintiff has incurred and will continue to incur medical expenses, has lost wages and has endured pain, suffering, emotional distress, disability, and disfigurement.

19. The damages sought exceed $50,000, exclusive of interest and costs.

## III. COUNTS

### COUNT I – STRICT PRODUCTS LIABILITY (HARBOR FREIGHT)

20. Plaintiff realleges and incorporates paragraphs 1–19 as if fully set forth herein.

21. Harbor Freight sold the Torch in a defective and unreasonably dangerous condition when the Torch left the control of the Defendant.

22. Plaintiff used the Torch in a reasonably anticipated manner, as Defendant anticipated when the Torch left Defendant's control.

23. The defect proximately caused Plaintiff's injuries.

WHEREFORE, Plaintiff demands judgment against Defendant Harbor Freight in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

### COUNT II – NEGLIGENCE (HARBOR FREIGHT)

24. Plaintiff realleges and incorporates paragraphs 1–23 as if fully set forth herein.

25. Harbor Freight negligently designed, distributed, and sold the Torch and failed to warn of its dangers.

* 5 0 5 3 1 3 6 3 *

26.    Harbor Freight owed a duty of care in the design, manufacture, and warnings to users/customers like Plaintiff.

27.    Harbor Freight breached that duty of care.

28.    The breach of the duty of care proximately caused Plaintiff's injuries.

29.    The harm suffered by Plaintiff was the reasonably foreseeable result of Defendant's conduct, and such harm was of a type that a reasonably careful person in Defendant's position would have anticipated.

WHEREFORE, Plaintiff demands judgment against Defendant Harbor Freight in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

## COUNT III – BREACH OF IMPLIED WARRANTY (HARBOR FREIGHT)

30.    Plaintiff realleges and incorporates paragraphs 1–29 as if fully set forth herein.

31.    Harbor Freight was a merchant of goods of this kind.

32.    Harbor Freight impliedly warranted that the Torch was fit for its ordinary purpose.

33.    The Torch was not of merchantable quality nor fit for its ordinary purpose.

34.    The breach proximately caused Plaintiff's injuries.

WHEREFORE, Plaintiff demands judgment against Defendant Harbor Freight in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

## COUNT IV – RES IPSA LOQUITUR (HARBOR FREIGHT)

35.    Plaintiff realleges and incorporates paragraphs 1–34 as if fully set forth herein.

36.    The explosion is of a kind that would not ordinarily happen without negligence.

37.     The Torch was under Harbor Freight's control prior to sale.

38.     Plaintiff did not contribute to the explosion.

39.     Plaintiff was injured as a result of using the Torch and the explosion.

WHEREFORE, Plaintiff demands judgment against Defendant Harbor Freight in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

## COUNT V – STRICT PRODUCTS LIABILITY (FERRELLGAS)

40.     Plaintiff realleges and incorporates paragraphs 1–39 as if fully set forth herein.

41.     Ferrellgas sold the Tank in a defective and unreasonably dangerous condition when the Tank left the control of the Defendant.

42.     Plaintiff used the Tank in a reasonably anticipated manner, as Defendant anticipated when the Tank left Defendant's control.

43.     The defect proximately caused Plaintiff's injuries.

WHEREFORE, Plaintiff demands judgment against Defendant Ferrellgas in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

## COUNT VI – NEGLIGENCE (FERRELLGAS)

44.     Plaintiff realleges and incorporates paragraphs 1–43 as if fully set forth herein.

45.     Ferrellgas negligently designed, distributed, and sold the Tank and failed to warn of its dangers.

46.     Ferrellgas owed a duty of care in the design, manufacture, and warnings to users/customers like Plaintiff.

* 5 0 5 3 1 3 6 3 *

47. Ferrellgas breached that duty of care.

48. The breach of the duty of care proximately caused Plaintiff's injuries.

49. The harm suffered by Plaintiff was the reasonably foreseeable result of Defendant's conduct, and such harm was of a type that a reasonably careful person in Defendant's position would have anticipated.

WHEREFORE, Plaintiff demands judgment against Defendant Ferrellgas in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

## COUNT VII – BREACH OF IMPLIED WARRANTY (FERRELLGAS)

50. Plaintiff realleges and incorporates paragraphs 1–49 as if fully set forth herein.

51. Ferrellgas was a merchant of goods of this kind.

52. Ferrellgas impliedly warranted that the Tank was fit for its ordinary purpose.

53. The Tank was not of merchantable quality nor fit for its ordinary purpose.

54. The breach proximately caused Plaintiff's injuries.

WHEREFORE, Plaintiff demands judgment against Defendant Ferrellgas in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

## COUNT VIII – RES IPSA LOQUITUR (FERRELLGAS)

55. Plaintiff realleges and incorporates paragraphs 1–54 as if fully set forth herein

56. The explosion is of a kind that would not ordinarily happen without negligence.

57. The Tank was under Ferrellgas' control prior to sale.

58. Plaintiff did not contribute to the explosion.

59. Plaintiff was injured as a result of using the Tank and the explosion.

WHEREFORE, Plaintiff demands judgment against Defendant Ferrellgas in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

### COUNT IX – STRICT PRODUCTS LIABILITY (CIRCLE K)

60.    Plaintiff realleges and incorporates paragraphs 1–59 as if fully set forth herein.

61.    Circle K sold the Tank in a defective and unreasonably dangerous condition when the Tank left the control of Defendant.

62.    Plaintiff used the Tank in a reasonably anticipated manner, as Defendant anticipated when the Tank left Defendant's control.

63.    The defect proximately caused Plaintiff's injuries.

WHEREFORE, Plaintiff demands judgment against Defendant Circle K in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

### COUNT X – NEGLIGENCE (CIRCLE K)

64.    Plaintiff realleges and incorporates paragraphs 1–63 as if fully set forth herein.

65.    Circle K negligently designed, distributed, and sold the Tank and failed to warn of its dangers.

66.    Circle K owed a duty of care in the design, manufacture, and warnings to users/customers like Plaintiff.

67.    Circle K breached that duty of care.

68.    The breach of the duty of care proximately caused Plaintiff's injuries.

69.    The harm suffered by Plaintiff was the reasonably foreseeable result of Defendant's conduct, and such harm was of a type that a reasonably careful

person in Defendant's position would have anticipated.

WHEREFORE, Plaintiff demands judgment against Defendant Circle K in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

### COUNT XI – BREACH OF IMPLIED WARRANTY (CIRCLE K)

70.     Plaintiff realleges and incorporates paragraphs 1–69 as if fully set forth herein.

71.     Circle K was a merchant of goods of this kind.

72.     Circle K impliedly warranted that the Tank was fit for its ordinary purpose.

73.     The Tank was not of merchantable quality nor fit for its ordinary purpose.

74.     The breach proximately caused Plaintiff's injuries.

WHEREFORE, Plaintiff demands judgment against Defendant Circle K in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

### COUNT XII – RES IPSA LOQUITUR (CIRCLE K)

75.     Plaintiff realleges and incorporates paragraphs 1–74 as if fully set forth herein

76.     The explosion is of a kind that would not ordinarily happen without negligence.

77.     The Tank was under Circle K's control prior to sale.

78.     Plaintiff did not contribute to the explosion.

79.     Plaintiff was injured as a result of using the Tank and the explosion.

WHEREFORE, Plaintiff demands judgment against Defendant Circle K in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

### COUNT XIII – STRICT PRODUCTS LIABILITY (MAC'S CONVENIENCE STORES,

LLC)

80. Plaintiff realleges and incorporates paragraphs 1–79 as if fully set forth herein.

81. Mac's Conveniences Stores, LLC sold the Tank in a defective and unreasonably dangerous condition when the Tank left the control of Defendant.

82. Plaintiff used the Tank in a reasonably anticipated manner, as Defendant anticipated when the Tank left Defendant's control.

83. The defect proximately caused Plaintiff's injuries.

WHEREFORE, Plaintiff demands judgment against Defendant Mac's Convenience Stores, LLC in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

## COUNT XIV – NEGLIGENCE (MAC'S CONVENIENCE STORES, LLC)

84. Plaintiff realleges and incorporates paragraphs 1–83 as if fully set forth herein.

85. Mac's Convenience Stores, LLC negligently designed, distributed, and sold the Tank and failed to warn of its dangers.

86. Mac's Convenience Stores, LLC owed a duty of care in the design, manufacture, and warnings to users/customers like Plaintiff.

87. Mac's Convenience Stores, LLC breached that duty of care.

88. The breach of the duty of care proximately caused Plaintiff's injuries.

89. The harm suffered by Plaintiff was the reasonably foreseeable result of Defendant's conduct, and such harm was of a type that a reasonably careful person in Defendant's position would have anticipated.

WHEREFORE, Plaintiff demands judgment against Defendant Mac's Convenience Stores,

LLC in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

## COUNT XV – BREACH OF IMPLIED WARRANTY (MAC'S CONVENIENCE STORES)

90.     Plaintiff realleges and incorporates paragraphs 1–89 as if fully set forth herein.

91.     Mac's Convenience Stores, LLC was a merchant of goods of this kind.

92.     Mac's Convenience Stores, LLC impliedly warranted that the Tank was fit for its ordinary purpose.

93.     The Tank was not of merchantable quality nor fit for its ordinary purpose.

94.     The breach proximately caused Plaintiff's injuries.

WHEREFORE, Plaintiff demands judgment against Defendant Mac's Convenience Stores, LLC in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

## COUNT XVI – RES IPSA LOQUITUR (MAC'S CONVENIENCE STORES, LLC)

95.     Plaintiff realleges and incorporates paragraphs 1–94 as if fully set forth herein

96.     The explosion is of a kind that would not ordinarily happen without negligence.

97.     The Tank was under Mac's Convenience Stores, LLC control prior to sale.

98.     Plaintiff did not contribute to the explosion.

99.     Plaintiff was injured as a result of using the Tank and the explosion.

WHEREFORE, Plaintiff demands judgment against Defendant Mac's Convenience Stores, LLC in an amount in excess of $50,000, plus cost of this action, and post judgment interest as allowed by law, and for such other and further relief as this court deemed just improper.

Respectfully submitted,

CONQUER LAW LLC

By:     /s/ Thomas E. Fagan
        Thomas E. Fagan, IL Bar #6224885
        Attorneys for Plaintiff
        9109 Watson Road, Suite 310
        St. Louis, MO   63126
        (314) 270-4333
        (314) 270-4336 fax
        **thomasfagan288@gmail.com**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed with the Circuit Clerk of St. Clair, Illinois via its eFile system, Odyssey eFileIL on this 18th day of August 2025.

/s/   Thomas E. Fagan

Filed
Kinnis Williams, Sr.
* 5 0 5 3 1 3 Circuit Clerk
Janice Mendiola
2025LA000891
St. Clair County
8/18/2025 10:50 AM
34050910

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| XAVIER THOMPSON, Plaintiff, | ) ) ) | Cause No. 2025LA000891 |
| vs. | ) ) ) | |
| HARBOR FREIGHT TOOLS USA, INC., | ) ) | |
| And | ) ) | |
| FERRELLGAS PARTNERS, L.P., | ) ) ) | |
| And | ) ) | |
| CIRCLE K HOLDINGS, INC., | ) ) ) | |
| And | ) ) ) | |
| MAC'S CONVENIENCE STORES, LLC. | ) ) ) | |
| And | ) ) ) | |
| JOHN DOES 1-5 | ) ) ) | |
| Defendants. | ) | |

**ATTORNEY'S AFFIDAVIT PURSUANT TO 735 ILCS 5/2-604.1**

I, Thomas Fagan, being first duly sworn on oath, state as follows:

1. I am an attorney licensed to practice law in the State of Illinois and am counsel of record for the Plaintiff in the above-captioned matter.

2. Pursuant to 735 ILCS 5/2-604.1, I have consulted with my client regarding the nature and extent of the injuries and damages sustained.

3. Based upon my consultation and review, I certify in good faith that the damages sought in this action are in excess of $50,000.

1

\* 5 0 5 3 1 3 6 3 \*

FURTHER AFFIANT SAYETH NOT.

Thomas Fagan (#6224885, ARDC)
Attorney for Plaintiff
Conquer Law LLC
9109 Watson Road, Suite 310
St. Louis, MO 63126
Phone: (314) 270-4333
Email: ThomasFagan288@gmail.com

Subscribed and sworn to before me this 18ᵗʰ day of August, 2025.

Notary Public

BRITTANY MARIE LEICHT
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 15632816
My Commission Expires Jun 7, 2026

2

* 5 0 5 3 1 3 6 3 *

# Conquer Law LLC

Thomas E. Fagan, Esq.
9109 Watson Road, Suite 310
St. Louis, MO  63126
314-270-4333 (office)
314-270-4336 (fax)
314-369-6097 (cell)
**thomasfagan288@gmail.com**

Licensed in Missouri
and Illinois

September 12, 2025

Via: Portal Upload
Cook County Sheriff's Office
Attn: Civil Process
3026 South California Avenue
Chicago, IL 60608

        Re:    2025LA000891 Xavier Thompson v. Harbor Freight Tools USA Inc., et. al.
               Request for Service of Petition on Defendant Harbor Freight Tools USA, Inc.

Dear Sheriff Dart:

Enclosed please find summons to be issued in the above matter on Defendant Harbor Freight Tools USA Inc., Serve: Registered Agent Corporate Creations Network Inc., 1320 Tower Road, Schaumburg, Illinois 60173.

Per your office's instructions, I have enclosed 2 copies of the summons and a copy of the Petition. Please note the sheriff fee has been paid.

Please do not hesitate to contact me if you have any questions.  Thank you for your attention to this matter.

               Yours truly,

               CONQUER LAW LLC

By:    *Thomas E. Fagan*

               Thomas E. Fagan
               thomasfagan288@gmail.com

TEF/ks
Enclosure

SEP 1 8 2025

SEP 1 8 2025