# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| XAVIER THOMPSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HARBOR FREIGHT TOOLS USA, INC., FERRELLGAS PARTNERS, L.P., CIRCLE K HOLDINGS, INC., MAC'S CONVENIENCE STORES, LLC, and JOHN DOE DEFENDANTS 1-5,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-01925-JPG |

### MEMORANDUM AND WITHDRAWAL OF NOTICE OF REMOVAL

Defendant, HARBOR FREIGHT TOOLS USA, INC. (hereinafter "Harbor Freight"), by and through undersigned counsel hereby issues this memorandum and withdraws its Notice of Removal. [Doc. 1]

In response to this Honorable Court's order [Doc. 10], Harbor Freight set out to investigate and address the deficiencies as identified by this Court. After speaking with counsel for co-defendant Ferrellgas Partners, L.P., Harbor Freight has determined that diversity of citizenship does not exist. As a result, Harbor Freight seeks to withdraw its Notice of Removal [Doc. 1].

WHEREFORE, Defendant Harbor Freight Tools USA, Inc. hereby withdraws its Notice of Removal [Doc. 1] and moves this court to issue an order remanding this matter back to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois.

|  |  |
|---|---|
| Dated: November 3, 2025 | Respectfully submitted, |
|  | By: /s/Daniel M. Pammer |

William C. Swallow, Esq. IL Bar No. 6293910
Daniel M. Pammer, Esq. IL Bar No. 6316645
CLYDE & CO US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 635-7000
F: (312) 635-6950
E: bill.swallow@clydeco.us
E. daniel.pammer@clydeco.us

*Attorneys for Defendant Harbor Freight Tools USA, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this <u>3rd day of November 2025</u>, a copy of the foregoing was sent by electronic mail using the CM/ECF system, which will send notification of such filing to:

Thomas E. Fagan
CONQUER LAW LLC
9109 Watson Road, Suite 310
St. Louis, Missouri 63126
Phone: (314) 270-4333
thomasfagan288@gmail.com


                                            s/ *Daniel M. Pammer*
                                            Daniel M. Pammer